BOERSCH & ILLOVSKY LLP
Matthew Dirkes (State Bar No. 255215)
matt@boersch-illovsky.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
Cody Mark

**FILED**

Jul 20 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>CODY MARK, *et al.*<br><br>  Defendants. | Case No. 21-cr-00089-JST<br><br>**STIPULATION AND [PROPOSED]<br>ORDER TO MODIFY CONDITIONS OF<br>RELEASE** |

   Defendant Cody Mark, by his counsel Matthew Dirkes, and the United States, by its counsel Assistant United States Attorney Abraham Fine, hereby agree to modify the Mr. Mark's conditions of release as follows. AUSA Fine has authorized the inclusion of his e-signature on this stipulation.

   WHEREAS, Mr. Mark is currently an active member of United States Army National Guard.

   WHEREAS, Mr. Mark may be required to travel out of the Northern District of California in connection with his service.

   WHEREAS, on July 19, 2021, the Court imposed, as a condition of temporary release, the condition that Mr. Mark not travel outside of the Northern District. ECF No. 38.

   WHEREAS, Pretrial Services has completed its Bail Report and recommends that Mr. Mark be permitted to remain on pretrial release.

   WHEREAS, the parties agree that any risk of flight can be mitigated, including by the mitigating factors identified in the Bail Report.

WHEREAS, Mr. Mark's mother, Robin Mark, has signed an unsecured bond and agreed to serve as a surety and has no objection to Mr. Mark traveling throughout California in connection with his military service.

WHEREAS, the parties agree that Mr. Mark should be permitted to travel throughout California in connection with his military service.

WHEREAS, the Court also imposed the condition that Mr. Mark "not possess any firearm, destructive device, or other dangerous weapon." ECF No. 21-0089.

WHEREAS, in his service in the United States Army Reserve, Mr. Mark sometimes must handle firearms.

WHEREAS, the alleged offense conduct did not involve firearms or a crime of violence.

WHEREAS, the parties agree that Mr. Mark may possess a firearm, destructive, device, or other dangerous weapon, provided that such possession is in connection with his service in the United States Army Reserve.

THEREFORE, the parties stipulate and agree that the Court should enter the following order modifying Mr. Mark's conditions of release.

Dated: July 20, 2021

BOERSCH & ILLOVSKY LLP

 /s/Matthew Dirkes
Matthew Dirkes

Attorneys for Defendant Cody Mark

 /s/Abraham Fine
Abraham Fine
Assistant United States Attorney

**[~~PROPOSED~~] ORDER,** *AS MODIFIED BY THE COURT*

GOOD CAUSE APPEARING IN THE STIPULATION ABOVE, IT IS ORDERED that the geographic restrictions imposed on Defendant Cody Mark as part of his release are modified to include travel within the Central, Eastern and Southern Districts of California, provided that the travel is undertaken solely for the purpose of Mr. Mark fulfilling his professional obligations to the United States National Guard.

While outside the Northern District for this singular purpose, Mr. Mark will not be supervised by Pretrial Services. Mr. Mark's current deployment to Cal Fire is scheduled to end on September 30, 2021, at which time, if outside the Northern District, Mr. Mark will return immediately to the Northern District of California and the supervision of Pretrial Services.

IT IS FURTHER ORDERED that Mr. Mark may possess a firearm, destructive device, or other dangerous weapon, provided that such possession is solely for the purpose of Mr. Mark fulfilling his professional obligations to the United States National Guard.

IT IS FURTHER ORDERED that during the time of his pretrial release, Mr. Mark will not have contact, directly or indirectly, with any co-defendant outside the presence of counsel.

IT IS SO ORDERED.

Dated: July 20, 2021

*Susan van Keulen*
HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge